UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC M. SCHMALTZ, individually, and on behalf of others similarly situated, as Plaintiff/Class representative,<br><br>Plaintiffs,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC.,<br><br>Defendant. | Case No. 4:12-CV-1056-JAR |

## MEMORANDUM AND ORDER

On August 15, 2014, this matter came before the Court for hearing on the parties' Joint Motion for Final Approval of Collective and Class Action Settlement. (Doc. No. 77) The motion was heard and continued for fourteen (14) days, up to and including **Friday, August 29, 2014**, to allow class counsel the opportunity to supplement the record in accordance with the rulings on the record.

Dated this 15th day of August, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE